IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:25-cv-00455-MOC-WCM

| | |
|---|---|
| BILL MADSON *individually and* *as next friend of* CHILD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HCA HEALTHCARE, INC.; MH MISSION HOSPITAL, LLLP; MH MASTER HOLDINGS, LLP; MH HOSPITAL MANAGER, LLC; MELINA ARROWOOD; WARREN DEPONTI; MATTHEW EDWARDS; JANE DOES 1-25; JOHN DOES 1-25, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

ORDER

This matter is before the court on Plaintiff's Emergency Motion to Seal. Doc. 6).

### I. Relevant Background

Bill Madson ("Plaintiff"), appearing pro se, filed an original Complaint on December 31, 2025 "individually and as next friend of CHILD, a minor." Doc. 1.

On January 6, 2026, Plaintiff filed the Motion to Seal.

1

On January 8, 2026, Plaintiff filed an Amended Complaint. Doc. 8. Plaintiff describes this matter as arising "from the treatment and discharge of CHILD, an autistic child who remained an admitted psychiatric patient while being discharged from care in a public hospital lobby without privacy, safety planning, or teach-back, following days of documented advocacy by her father regarding patient safety, hygiene, staffing, and the treatment of vulnerable children in the Mission system." Doc. 8 at ¶ 2. The Amended Complaint attempts to assert numerous claims under both federal and state law.

## II. Discussion

Plaintiff has filed a nearly identical Motion to Seal in a separate action he has brought in this district, bearing file number 1:25-cv-00425-MOC-WCM.

Plaintiff's Motion to Seal has been denied in that matter.

For the same reasons, Plaintiff's Motion to Seal in this case likewise fails.

Accordingly, the Motion to Seal (Doc. 6) is **DENIED**.

It is so ordered.

Signed: January 20, 2026

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge