# Exhibit File to Plaintiff's Response to 12(b)(2) Motion from HCA

Exhibit A – CMS Definition of Immediate Jeopardy

Exhibit B – CMS letter to Greg Lowe

Exhibit C – CMS Statement of Deficiencies

Exhibit D - Greg Lowe Fourth Immediate Jeopardy Letter to Employees

Exhibit E - HCA Policy on Code of Conduct

Exhibit F – HCA Policy Regarding Medical Records

Exhibit G– HCA Policy on Ethics and Compliance

Exhibit H – HCA Policy on Americans with Disabilities Act

Exhibit I – Social Media Presence for Lowe and Arrowood

Exhibit J – HCA Press Release on Galen Acquisition

Exhibit K – Plaintiff's Application for Medical Records and Billing

Exhibit L – Excerpt from HCA 10-k Annual Report from 2024

This the 4th day of February, 2026.

Respectfully submitted,

*[signature]*

_____

Bill Madson

Pro Se Plaintiff