# Exhibit A – CMS Definition of Immediate Jeopardy

# CMS Explanation of Immediate Jeopardy

Excerpted from State Operations Manual Appendix Q – Core Guidelines for Determining Immediate Jeopardy

## I - INTRODUCTION
*(Rev. 228; Issued: 12-13-24; Effective: 12-13-24; Implementation:12-13-24)*

Immediate Jeopardy (IJ) represents a situation in which noncompliance *by providers, suppliers, or laboratories (hereinafter referred to as "entities")* has placed the health and safety of recipients in its care at risk for serious injury, serious harm, serious impairment, or death. These situations must be accurately identified by surveyors, thoroughly investigated, and resolved by the entity as quickly as possible. In addition, noncompliance cited at IJ is the most serious deficiency type and carries the most serious sanctions for entities. An *IJ* situation is one that is clearly identifiable due to the severity of its harm or likelihood for serious harm and the immediate need for it to be corrected to avoid further or future serious harm.

The intent of this guidance is to standardize the key components of IJ into a "Core" document that can be applied to all certified Medicare/Medicaid entities *and Clinical Laboratory Improvement Act of 1988 (CLIA) certified entities*. Additional entity-specific guidance based on specific regulatory requirements is available to supplement this Core Appendix Q as necessary. Please see the CLIA-specific subpart *XI* for guidance on *documenting IJ and* removing IJ on the Form CMS- 2567.