# Exhibit B – CMS letter to Greg Lowe

Department of Health & Human Services
Centers for Medicare & Medicaid Services
61 Forsyth Street, SW, Suite 4T20
Atlanta, Georgia 30303-8909



Ref: Memorial Mission Hospital and Asheville Surgery Center CCN: 340002

## IMPORTANT NOTICE – PLEASE READ CAREFULLY
### SENT VIA INTERNET EMAIL TO: Greg.Lowe@hcahealthcare.com
(Receipt of this notice is presumed to be January 26, 2026, date notice e-mailed)

January 26, 2026

Greg Lowe, CEO
Memorial Mission Hospital and Asheville Surgery Center
509 Biltmore Avenue
Asheville, NC 28801

Dear Mr. Lowe,

In order to participate in the Medicare program as a hospital, a facility must meet the statutory definition of a hospital set out in section 1861(e) of the Social Security Act (the ACT), 42 U.S.C. §1395x(e), and must be in compliance with each of the applicable regulatory Conditions of Participation for hospitals at 42 C.F.R. Part 482. Section 1864 of the Act authorizes the Secretary of Health and Human Services to conduct surveys of accredited hospitals participating in the Medicare program if there are allegations indicating serious deficiencies that could potentially affect the health and safety of patients.

On January 9, 2026, the North Carolina State Agency concluded a revisit and complaint survey at Memorial Mission Hospital and Asheville Surgery Center. This survey found that the hospital was not in compliance with the Medicare Conditions of Participations and that the noncompliance posed Immediate Jeopardy (IJ) to patients' health and safety. Specifically, the hospital failed to meet the following Conditions of Participation:

> 42 C.F.R. §482.13 Patient Rights (IJ)
> 42 C.F.R. §482.23 Nursing Services (IJ)
> 42 C.F.R. §482.42 Infection Prevention and Control and Antibiotic Stewardship Programs (IJ)

These deficiencies are further set out in the enclosed Forms CMS-2567, Statement of Deficiencies. Due to the findings of IJ deficiencies, CMS has removed the deemed status of your hospital. CMS will reinstate your hospital's deemed status if CMS finds that your hospital meets all applicable Medicare Conditions of Participation.

Under 42 C.F.R. §489.53, a hospital that fails to comply with the Medicare Conditions of Participation is subject to termination of its provider agreement. Memorial Mission Hospital and Asheville Surgery Center's provider agreement was originally scheduled to be terminated on **January 15, 2026,** due to failure to comply with Medicare CoPs. However, the January 9, 2026, survey identified continued systemic deficient practices, and CMS is extending the termination date to **July 26, 2026.** This extension provides additional time for the hospital to address the systemic and recurring patterns of noncompliance found during previous surveys and additional time for the hospital to achieve and maintain substantial compliance with all CoPs at 42 C.F.R. §§482.11 - 482.57. If Memorial Mission Hospital and Asheville Surgery Center has not achieved substantial compliance by **July 26, 2026**, the Medicare provider agreement between the hospital and the Secretary of the Department of Health and Human Services may be terminated.

On January 20, 2026, Memorial Mission Hospital and Asheville Surgery Center proposed and submitted a draft Enhanced Plan of Correction (EPoC) to CMS for review. Due to the serious findings during the January 9, 2026, survey, the EPoC will need to be revised before it can be accepted. Revisions to the EPoC are due **January 29, 2026**. The EPoC must contain the following elements:

1. A plan of removal for the IJ related to the January 9, 2026, survey. The IJ must be removed by **February 18, 2026**.

2. The procedures and processes the hospital will use to implement the EPoC to achieve systemic improvements in quality of care and services for its patients.

3. The hospital's monitoring and tracking procedures and processes it will use to ensure that the EPoC is effective.

4. The title of the person(s) responsible for implementing the EPoC.

5. As part of the EPoC, the hospital will submit a monthly report to CMS that shows the hospital's implementation of the EPoC; any new areas that require improvement (as well as additional and/or expansion of the EPoC); identification of problems that may jeopardize successful implementation of the EPoC; and any actions underway to address identified problems.

6. The EPoC must include the hospital's process and progress for obtaining an independent consultant expert (subject to CMS acceptance) within 30 days of the date of this notice.

Copies of the Form CMS-2567, including copies containing the hospital's final acceptable EPoC, are releasable to the public in accordance with the provisions of Section 1864(a) of the Act and 42 C.F.R. §401.133(a). As such, the EPoC should not contain personal identifiers, such as patient names, and you may wish to avoid the use of staff names.

Please send your EPoC to the attention of Jill Jones at Jill.Jones@cms.hhs.gov and Linda Smith at Linda.Smith@cms.hhs.gov .

Once your IJ removal plan has been implemented, CMS will authorize an unannounced revisit survey to determine if the IJ is removed. A full Medicare certification survey will be conducted upon the completion of the EPoC. The full survey will determine Memorial Mission Hospital and Asheville Surgery Center's compliance with all applicable Medicare Conditions of Participation for Hospitals prior to the potential termination date of **July 26, 2026**. In addition, if there are new allegations of non-compliance, CMS retains the authority to investigate those concerns. Any additional deficiency findings must be incorporated into the ongoing EPoC and corrected to ensure that there is sustained compliance with the Medicare Conditions of Participation.

If you have any questions concerning this letter, please contact Jill Jones at Jill.Jones@cms.hhs.gov or Linda Smith at Linda.Smith@cms.hhs.gov.

Sincerely,

*Jill Jones*

Jill Jones
Branch Manager
Division of Atlanta Survey and Enforcement
Survey Operations Group
Center for Clinical Standards and Quality
Centers for Medicare & Medicaid Services

Enclosures: Forms CMS-2567 Statement of Deficiencies

cc: Joint Commission
    North Carolina State Survey Agency