# Exhibit C – CMS Statement of Deficiencies

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE  509 BILTMORE AVE  ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 000 | INITIAL COMMENTS | A 000 | | |

A 000 INITIAL COMMENTS

The revisit and complaint survey conducted on January 6, 2026, through January 9, 2026, resulted in the identification of Immediate Jeopardy (IJ) to patients' health and safety on January 8, 2026, at 1900 as a result of incidents that occurred on September 20, 2025, and September 26, 2025. Specifically pursuant to §482.13 Patients' Rights, §482.23 Nursing Services, and §482.42 Infection Prevention and Control and Antibiotic Stewardship Programs. Specific findings that resulted in IJ are as follows: the hospital failed to notify the physician of a critically low hemoglobin level and declining oxygen saturation, did not perform appropriate time-interval reassessments following intravenous pain medication administration, and failed to monitor vital signs for over 12 hours in a post-surgical orthopedic patient who subsequently experienced a code blue event and expired (Patient #19). In addition, the hospital failed to ensure a safe environment for patients and did not provied safe transport of a patient who was being administered two (2) intravenous cardiac medications, that were being titrated (Patient #17). The hospital's Emergency Department (ED) staff failed to implement timely isolation precautions for three (3) of 18 ED patients reviewed (Patients #17, #40, and #41), placing every individual in the hospital at risk for disease exposure and development.

The following complaints were investigated:

NC00233751; NC00233767; NC00233823; NC00233931; NC00233932; NC00233948; NC00233951; NC00234147; NC00234148;

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE                    TITLE                    (X6) DATE

Any deficiency statement ending with an asterisk (*) denotes a deficiency which the institution may be excused from correcting providing it is determined that other safeguards provide sufficient protection to the patients . (See instructions.) Except for nursing homes, the findings stated above are disclosable 90 days following the date of survey whether or not a plan of correction is provided. For nursing homes, the above findings and plans of correction are disclosable 14 days following the date these documents are made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **340002** | A. BUILDING _____ <br> B. WING _____ | | **C** <br> **01/09/2026** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE** | **509 BILTMORE AVE** <br> **ASHEVILLE, NC 28801** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 000 | Continued From page 1 <br><br> NC00234160; NC00234151; NC00234186; NC00234289; NC00234320; NC00234461; NC00234483; NC00234603; NC00234633; NC00234663; NC00234750; NC00234907; NC00234910; NC00234937; NC00234919; NC00235050; NC00235171; NC00235173; NC00235170; NC00235166; NC00235167; NC00235168; NC00235162; NC00235243; NC00235401; NC00235379; NC00235351; NC00235317 | A 000 | | |
| A 115 | PATIENT RIGHTS <br> CFR(s): 482.13 <br><br> A hospital must protect and promote each patient's rights. <br><br> This CONDITION is not met as evidenced by: <br> Based on policy review, observations, internal document review, closed medical record review, incident report review, and staff interviews, the hospital failed to protect and promote patients' rights and failed to ensure safe transport for a cardiac patient, which resulted in Immediate Jeopardy (Patient #17). In addition, the hospital failed to ensure patient privacy was maintained in the waiting room for three (3) of three (3) observations. <br><br> The findings include: <br><br> 1. The hospital staff failed to ensure patient privacy in the Emergency Department (ED) Immediate Patient Access (IPA) area and the ED waiting room areas for three (3) of (3) observations. <br><br> Cross Refer to §482.13(c)(1) Patient Rights' Standard: Tag A 0143. | A 115 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **340002** | A. BUILDING _____<br>B. WING _____ | | C<br>01/09/2026 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 115 | Continued From page 2 | A 115 | | |
| | 2.  The hospital staff failed to ensure a safe environment for patients and did not ensure safe transport of a patient who was being administered two (2) intravenous cardiac medications that were being titrated during transport from Emergency Department (ED) to an inpatient unit for one (1) of 18 ED patients reviewed (Patient #17). | | | |
| | Cross refer to 482.13(c)(2) Patient Rights Standard: Tag 0144. | | | |
| A 143 | PATIENT RIGHTS: PERSONAL PRIVACY<br>CFR(s): 482.13(c)(1) | A 143 | | |
| | The patient has the right to personal privacy. | | | |
| | This STANDARD  is not met as evidenced by:<br> Based on review of the hospital policy titled "Safeguarding Protected Health Information," observations, and interviews, the hospital staff failed to ensure patient privacy in the Emergency Department (ED) Immediate Patient Access (IPA) area and the ED waiting room areas for three (3) of (3) observations. | | | |
| | The findings include: | | | |
| | Review of the hospital policy, "Safeguarding Protected Health Information," effective date 09/23/2013, indicated that reasonable safeguards must be in place when workforce members verbally communicate Protected Health Information (PHI), including using lowered voices, speaking apart from others, and refraining from discussing PHI in public areas. | | | |
| | Observation on 01/09/2026 at 1605 revealed the ED waiting room contained more than 55 patients | | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 340002 | A. BUILDING _____<br><br>B. WING _____ | C<br>01/09/2026 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 143 | Continued From page 3<br>and visitors.<br><br>1. On 01/09/2026 at 1605 a senior female patient was placed in a wheelchair at the triage desk in the open ED waiting area, adjacent to the main entrance. ED Triage RN #51 asked the patient why she was there, and the patient replied, "shortness of breath and chest pain." ED Physician Assistant #53 conducted a medical history interview in the open area, asking questions including: "Do you use oxygen at home, have you had a fever or cough, have you been exposed to the flu?" while auscultating the patient's lungs and examining her lower legs. This exchange occurred within hearing distance of other patients and visitors in the waiting area.<br><br>2. On 01/09/2026 at 1609 an adult male patient's first name was called out loud in the waiting room by ED Triage RN #52. The patient was directed to sit in a chair adjacent to the triage desk in the open area. ED Triage RN #52 reviewed discharge instructions with the patient in this public location within hearing distance of other patients and visitors.<br><br>3. On 01/09/2026 at 1619 a young female patient in a wheelchair was placed in front of the triage desk in the open area. ED Triage RN #51 asked the patient what was wrong. The male accompanying the patient responded, "nausea/vomiting and abdominal pain for 2 days." The patient was then asked, "Could you be pregnant?" ED Triage PA #53 took the patient's history while auscultating her abdomen and lungs. This exchange occurred within hearing distance of other patients and visitors in the waiting area. | A 143 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 143 | Continued From page 4 During an interview on 01/09/2026 at 1624 with ED Nurse Manager #50 revealed, in relation to privacy, "We do the best we can." | A 143 | | |
| A 144 | PATIENT RIGHTS: CARE IN SAFE SETTING CFR(s): 482.13(c)(2) The patient has the right to receive care in a safe setting. This STANDARD is not met as evidenced by: Based on review of facility policies titled "Hand Off Communication" and "Patient Transport Guidelines," medical record review, review of transport logs, review of incident reports, and interview, the hospital staff failed to ensure a safe environment for patients and did not ensure safe transport of a patient who was being administered two (2) intravenous cardiac medications that were being titrated during transport from Emergency Department (ED) to an inpatient unit for one (1) of 18 ED patients reviewed (Patient #17). Specifically, the hospital failed to ensure safe transport for Patient #17, who was transported by non-clinical transport staff while on two cardiac drips (Nitroglycerin and Cardene) that were being titrated, without nurse assistance, and to an incorrect unit (E5 instead of K7) that was unable to provide the appropriate level of care. This failure placed the patient at immediate risk of serious harm or death. The findings include: Review of the hospital policy, "Hand Off Communication, 1PC.ADM.0005," effective 08/02/2024, indicated that hand-off communication must occur prior to patient arrival when transferring a patient from one level of care to another. | A 144 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 340002 | A. BUILDING _____<br>B. WING _____ | C<br>01/09/2026 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 144 | Continued From page 5<br><br>Review of the hospital policy, "Patient Transport Guidelines," indicated the hospital cannot transport without nurse assistance if the patient is on any medication that is being titrated or adjusted.<br><br>Review of the medical record for Patient #17 revealed a 55-year-old patient presented to the ED on 09/20/2025 at 1409 with chest pain and NSTEMI (Non-ST-Segment Elevation Myocardial Infarction).<br><br>At 1429, the patient was being administered a Nitroglycerin intravenous drip and Heparin intravenous drip. The Nitroglycerin intravenous drip was titrated from 14 mirograms per minute (mcg/min) at 1429 to 45 mcg/min at 1515, then titrated down to 40 mcg/min at 1710.<br><br>At 1616, a Cardene intravenous drip was initiated at 5 milligrams per hour (mg/hr), increased to 12.5 mg/hr at 1650, then titrated down to 5 mg/hr at 1745.<br><br>At 1709, an admission order was placed for general medicine/intermediate level of care. At 1746, the order was modified with a comment "needs K7 [unit in the hospital] for Cardene gtt [intravenous drip], K7 charge aware."<br><br>At 1749, the patient was assigned to bed E509 (5 Heart unit).<br><br>Review of the transport log revealed the patient's transport was listed as "in progress" on 09/20/2025 at 1808 and was completed at 1820 by a non-clinical transport staff member. | A 144 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 144 | Continued From page 6 | A 144 | | |
| | At 1840, a rapid response was called immediately after the patient arrived to the 5 Heart unit. The rapid response documentation revealed: "Pt [Patient] also found to have NTG gtt [nitroglycerin intravenous drip] infusing on my arrival ... Both gtts initially stopped d/t BP [due to blood pressure]. Cardene restarted at 2.5. Awaiting K7 bed." | | | |
| | Review of the Hospitalist's addendum at 1857 revealed: "Called by Rapid RN [Registered Nurse], patient had been taken to 5H despite admission order requesting K7 where Cardene is appropriate ... Furthermore, nitro [nitroglycerin] gtt still running - the original plan I had discussed with [Nurse Practitioner (NP) #9] was for nitro gtt to be titrated off as Cardene was initiated. I requested nitro be turned off at bedside..." | | | |
| | The patient was transferred to K7 at 1902. | | | |
| | Incident report review revealed an incident report was created on 09/20/2025 at 1846 with incident type listed as transport issues. The brief description stated: "Patient transported without RN to inappropriate location on inappropriate medication for level of care." | | | |
| | Review of a second incident report revealed the incident report was created on 09/20/2025 at 1906 related to Patient #17 with incident type listed as failure to follow order. The event time was listed as 1800. Brief description revealed, "Nitro drip should have been discontinued in ED, was continued for ischemic pain [a deep, burning, aching, or cramping pain caused by insufficient blood flow (ischemia) to tissues] onto floor despite d/c [discontinue]." The investigator section with investigation methods listed coaching | | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  **MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE** | STREET ADDRESS, CITY, STATE, ZIP CODE  **509 BILTMORE AVE**  **ASHEVILLE, NC  28801** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 144 | Continued From page 7  as the "primary action to prevent recurrence" with no further details listed.  Interview on 01/07/2026 at 1311 with Director #10 revealed the non-clinical transport team transported Patient #17 to the E5 unit. Director #10 confirmed the non-clinical transport team would not be aware of the patient's level of care order or medications and a nurse would have to specify if a medication was "titrating or being titrated" for a transporter to "flag that the patient may not be appropriate for (non-clinical) transport."  An interview was requested on 01/08/2026 with NP #9, who was the ED Provider for Patient #17 on 09/20/2025, but was declined.  An interview on 01/08/2026 at 1325 with Physician Assistant (PA) #8 revealed an admission order requesting K7 Stepdown unit for Patient #17. The intent was for the patient to be completely off Nitroglycerin before Cardene was started, prior to Stepdown admission and that the Nitroglycerin should have been discontinued prior to transport.  Interview on 01/08/2026 at 1341 with RN #13, the primary nurse for Patient #17 in the ED, revealed there was no documentation regarding transport or hand-off communication when Patient #17 left the ED.  Telephone interview on 01/08/2026 at 1555 with Director #15 revealed the Patient Logistics Center (PLC) assigned  bed placement based on the provider's order and a detailed grid showing each unit's specialty and competencies. E5 and K7 were both Stepdown units but had different | A 144 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 144 | Continued From page 8 competencies. If an admitting order specified K7 only, the patient should go there.<br><br>A request for a bed placement grid was made on 01/08/2026 and 01/09/2026, which specified the level of care and competencies per nursing unit, but was not provided. | A 144 | | |
| A 286 | PATIENT SAFETY CFR(s): 482.21(a), (c)(2), (e)(3)<br><br>(a) Standard: Program Scope<br>(1) The program must include, but not be limited to, an ongoing program that shows measurable improvement in indicators for which there is evidence that it will ... identify and reduce medical errors.<br>(2) The hospital must measure, analyze, and track ...adverse patient events ...<br><br>(c) Program Activities .....<br>(2) Performance improvement activities must track medical errors and adverse patient events, analyze their causes, and implement preventive actions and mechanisms that include feedback and learning throughout the hospital.<br><br>(e) Executive Responsibilities, The hospital's governing body (or organized group or individual who assumes full legal authority and responsibility for operations of the hospital), medical staff, and administrative officials are responsible and accountable for ensuring the following: ...<br>(3) That clear expectations for safety are established.<br>This STANDARD is not met as evidenced by:<br> Based on review of policies, medical records, the annual quality plan, readmission data, incident reports, security reports, action plans, and staff | A 286 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 9 | A 286 | | |
| | interviews, the facility staff failed to have an effective, ongoing, data-driven quality assessment and performance improvement program that focused on improving health outcomes with prevention and reduction of medical errors for four of four adverse events reviewed involving Patients #16, #19, and #20, as well as two serious safety events involving patient violence and staff injury. | | | |
| | The findings include: | | | |
| | Review of the facility's policy titled "Quality Assurance and Performance Improvement Plan," effective July 11, 2025, revealed the plan included procedures used to identify and use data to monitor performance, systematically analyze underlying causes of systemic problems and adverse events, develop corrective action or performance improvement activities, and conduct data analysis. The analysis may include determining the current level of performance, stability of the process, trends, opportunities for improvement, and whether specifications for new or redesigned processes have been met. The policy further stated that Patient Safety works collaboratively with hospital personnel as they review and triage all reported events and facilitate detailed analysis of the causes of events. The policy also stated it is the organizational expectation that all team members will participate in improving quality and safety, and team members are encouraged to report errors and near misses to allow the organization to learn from those occurrences and make systemic changes to prevent recurrences. As occurrences are reported, they are triaged and investigated as appropriate. | | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **340002** | A. BUILDING _____ <br> B. WING _____ | | C <br> **01/09/2026** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE** | **509 BILTMORE AVE** <br> **ASHEVILLE, NC 28801** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 10 <br><br> Review of the facility's policy titled "Serious Safety Event Identification, Notification and Management," with last effective date of June 1, 2025, revealed the purpose of the policy is to provide direction to the facility on identification, notification, and management of serious safety events. This policy provides guidance on identification of safety events meeting the criteria to be considered a serious safety event, notification and communication of serious safety event occurrences in a timely and appropriate format, managing the disclosure process, performing a thorough and credible analysis, identifying and understanding the factors that contributed to the event, and improving the facility's culture, systems, and processes with the intent to prevent recurrence and improve safety systems. The policy stated the facility will first focus on care of the patient and then any impacted caregivers and staff, implement stabilization treatment, increase monitoring, and notify the patient's physician for any change in treatment plan. The procedure requires staff to determine if an event qualified as a serious safety event and ensure the initiation of the serious safety event notification process. The identification section included physical assault with severe harm of a staff member while on site at the organization or while providing care or supervision to patients. Key terms defined severe harm as an event or condition that reaches the individual, resulting in life-threatening bodily injury including pain that results in treatment to resolve the condition. <br><br> 1. Closed medical record review revealed on September 25, 2025, Patient #19, an 88-year-old Spanish-speaking female, presented to the emergency department at 1:23 AM via | A 286 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE  509 BILTMORE AVE  ASHEVILLE, NC  28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 11 | A 286 | | |

ambulance due to a fall secondary to missing the last two steps of the staircase. Laboratory studies were ordered and at 1:44 AM, and the hemoglobin level resulted as 11.0 grams per deciliter, which was low. At 5:03 AM, an orthopedic consult was ordered and performed with the patient and daughter. The daughter was the surrogate decision-maker and consented to surgery and anesthesia for nail and screw implant of the left hip. A second hemoglobin laboratory specimen was collected and at 6:18 AM resulted as 10.8 grams per deciliter, which was low. From 7:22 AM to 6:29 PM, a total of 667 minutes, the patient was located in the post anesthesia care unit and surgical suite areas. At 6:29 PM, the post anesthesia care unit nurse called report to the receiving J6 (hospital unit) orthopedic nurse. The patient was transported from the post anesthesia care unit and arrived on J6, the orthopedic unit. From 8:18 PM through 11:51 PM, a total of 213 minutes, the patient's vital signs were monitored and documented.

On September 26, 2025, at 7:57 AM, the dayshift hospitalist progress note revealed current interventions included transfuse red blood cells if hemoglobin less than 7 grams per deciliter. At 9:01 AM, vital signs were monitored and documented. At 11:18 AM, vital signs were monitored and documented with the patient being on 3 liters of oxygen per nasal cannula with an oxygen saturation of 95 percent. At 12:12 PM, the hemoglobin level resulted as 7.4 grams per deciliter. At 8:00 PM, the patient was assessed with monitoring and documentation of vital signs as the patient remained on 3 liters of oxygen per nasal cannula with a decreased oxygen saturation of 91 percent. At 8:57 PM, the hemoglobin level resulted as 6.8 grams per

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 12 deciliter, which was critically low and below the level of 7 grams per deciliter for the ordered blood transfusion.

On September 27, 2025, at 5:38 AM, Hydromorphone, an opiate, 0.25 milligrams intravenous for 10 out of 10 pain was administered by the night shift orthopedic nurse, and at 5:39 AM, one minute later, the same night shift orthopedic nurse reassessed the patient's pain which remained 10 out of 10. At 8:59 AM, a code blue was initiated. The initial condition of the patient was unconscious, not breathing, no pulse, and no witnessed arrest. Five rounds of advanced cardiovascular life support were provided to the patient. The patient was asystole throughout the code blue event. The daughter was present at the bedside and at 9:13 AM, the daughter decided to stop resuscitative measures. Further review revealed Patient #19 had a low hemoglobin level of 6.8 grams per deciliter on September 26, 2025 at 8:57 PM, and no blood transfusion was provided.

Review of the incident report involving Patient #19 revealed an incident was reported September 27, 2025, at 4:31 PM as an unnamed nursing assistant was documented as to have found the patient unresponsive in room J628. The dayshift hospitalist was notified at 9:00 AM, the administrators on call were notified at 10:15 AM, and the house supervisor was notified at 9:28 AM. The description of harm was documented as death and the primary action to prevent recurrence was documented as coaching for vital sign standards reminder added to huddles.

During an interview on January 7, 2026, at 10:53 AM, with the Unit Manager and the Director of | A 286 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 340002 | A. BUILDING _____<br>B. WING _____ | C<br>01/09/2026 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 13<br><br>Nursing for J6, the orthopedic unit, revealed they were both aware of the incident regarding Patient #19 because the Unit Manager conducted the investigation for the electronic reporting system. The manager indicated laboratory staff would call the unit when the hemoglobin level was about 6.5 grams per deciliter and bedside shift report with patient engagement occurred at 7:00 AM and 7:00 PM. Interview revealed neither the manager nor the director had any "glaring alarms" or identified any "patient care lapses."<br><br>During an interview on January 8, 2026, at 10:45 AM with the Assistant Chief Nursing Officer for critical care, orthopedics, and trauma services lines revealed there was no information related to vital sign education that occurred in huddles on J6, the orthopedic unit. The orthopedic orders for hip fractures was never ordered for vital signs every 4 hours for 48 hours. Instead on September 25, 2025, at 8:03 AM, the vital signs for the patient was ordered as level of care standards which meant once per shift.<br><br>2. Review of facility policy titled "Types of Orders," effective January 16, 2025, revealed that "Stat" means within 30 minutes. Stat is utilized to designate orders that are to be expedited. Stat orders should only be used in cases of extreme emergency or for life threatening situations.<br><br>Closed medical record review for Patient #16 revealed a 55-year-old patient presented to the emergency department on September 25, 2025, at 6:06 PM via emergency medical services for nausea and vomiting. The emergency department provider medical screening exam began at 6:23 PM with the emergency department provider note dated September 25, | A 286 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING _____ | | C |
| | 340002 | B. WING _____ | | 01/09/2026 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE |
| | ASHEVILLE, NC  28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 14 | A 286 | | |
| | 2025, at 8:10 PM revealing the patient was unable to sit still initially and stated she was "actively withdrawing" from Fentanyl, a medication to treat severe pain. The patient complained of abdominal and back pain, which she attributed to withdrawal. The provider's physical exam revealed the patient was thrashing on the bed, agitated, and did not follow commands. The provider's plan included "Droperidol for vomiting was given as ordered by the resident," who is a doctor who has graduated from medical school and is undergoing intensive, hands-on, supervised training. Droperidol 2.5 milligrams intravenous push was ordered stat at 6:35 PM. An electrocardiogram was ordered stat at 6:41 PM. Droperidol 2.5 milligrams intravenous push was administered at 6:58 PM. | | | |
| | Review on January 9, 2026, of the Droperidol reference guide with no effective date listed revealed US Boxed Warnings for cardiovascular issues including cases of QT prolongation, which measures the time for the heart's ventricles to contract and relax, and serious arrhythmias. All patients should undergo a 12-lead electrocardiogram, a noninvasive test that records the electrical activity of the heart, prior to administration to determine if a prolonged QT interval, that is corrected QT interval greater than 440 milliseconds for males or 450 milliseconds for females, is present. Electrocardiogram monitoring should be performed prior to treatment and continued for 2 to 3 hours after completing treatment to monitor for arrhythmias. | | | |
| | Review of a code record revealed a code blue, the initiation of resuscitative efforts in a cardiac or respiratory arrest, was called with initiation of cardiopulmonary resuscitation at 7:28 PM. The | | | |

Case 1:25-cv-00455-MOC-WCM     Document 26-4     Filed 02/04/26     Page 16 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE  509 BILTMORE AVE  ASHEVILLE, NC  28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 15 | A 286 | | |

patient's blood pressure was 86 over 28 and oxygen saturation 22 percent at 7:32 PM, and 2 milligrams of Narcan, medication that rapidly reverses opioid overdoses, was given. An additional 2 milligrams of Narcan was given at 7:33 PM. The patient was defibrillated with 200 joules at 7:35 PM, and return of spontaneous circulation was achieved at 7:36 PM. The patient was intubated by the emergency department provider at 7:37 PM. Code record notes revealed the patient was found to be unresponsive without a pulse at 7:28 PM, cardiopulmonary resuscitation and code blue was initiated, and the patient was initially not on cardiac monitoring but was placed on cardiac monitoring during the code.

Review of a nurse note at 8:00 PM revealed the registered nurse received shift report which included Patient #16 received Droperidol for chief complaint of nausea. This registered nurse entered this patient's room at around 7:25 PM to find patient not on cardiac monitoring, only pulse oximetry, without pulse and unresponsive. Code blue and cardiopulmonary resuscitation initiated. No prior electrocardiogram had been done to this registered nurse's knowledge. Emergency department provider update at 8:12 PM revealed the provider was called to the room as the patient was found unresponsive within an hour of receiving Droperidol. Electrocardiogram had been ordered with Droperidol but does not look like it was immediately done. Code blue called and compressions started. The provider stated being unaware of the initial rhythm when she was found as compressions had already been started. At first pulse check they noted ventricular fibrillation, an abnormal heart rhythm that makes the lower heart chambers move quickly and randomly, and

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 16<br><br>she was shocked at 200 joules. At the next pulse check she had a strong pulse. Electrocardiogram is printed at this time and simply shows sinus tachycardia, which is a fast heartbeat, with corrected QT interval on this 521 milliseconds, when normal is less than 460 for females. The patient will need the intensive care unit once workup is complete. The electrocardiogram was completed at 7:40 PM, which was 59 minutes after the stat order was placed and 15 minutes after the code was initiated. Emergency department continuous cardiac monitoring was ordered at 8:07 PM.<br><br>Critical care history and physical dated September 25, 2025, at 10:46 PM revealed the provider's impression included cardiac arrest and prolonged corrected QT interval with plans to avoid QT prolonging medications and a repeat electrocardiogram in the morning. The patient was transferred to the intensive care unit on September 26, 2025, at 12:15 AM. A brain magnetic resonance imaging, a noninvasive imaging test that produces detailed images of internal structures, was performed on September 30, 2025, and October 12, 2025, which revealed anoxic brain injury, a lack of oxygen to the brain for a prolonged period. The patient was transitioned to comfort care and hospice on October 16, 2025.<br><br>Review of an incident report revealed an incident report was created on October 2, 2025, at 9:44 AM related to Patient #16 with incident type listed as "unanticipated change in condition or event." The event date and time were listed as September 25, 2025, at 8:12 PM. Brief description revealed "Patient experienced unexpected code event in emergency | A 286 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE  ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 17  department." The investigator section with investigation methods was blank with no actions or methods listed.  Review of Droperidol action plan revealed a nurse huddle card dated October 10, 2025, which stated prior to administration of Droperidol, a 12-lead electrocardiogram was recommended. Droperidol was not to be administered if corrected QT interval was prolonged, that is corrected QT interval greater than 450 milliseconds for females. Continuous cardiac monitoring was required during and 2 to 3 hours after administration to watch for arrhythmias. Provider education was emailed to providers on October 13, 2025, which included a summary of Droperidol and the recommendation to obtain an electrocardiogram prior to and electrocardiogram monitoring for 3 hours post-administration due to the risk of corrected QT interval prolongation. It was not recommended for males with prolonged corrected QT interval of 440 milliseconds and females with corrected QT interval 450 milliseconds. The providers also received a copy of the black box warning, the most severe warning for prescription drugs indicating potential serious life-threatening risks, and two studies that showed the use of 10 milligrams or higher posed the most risk. The action plan did not specify which providers or nurses were educated on this action plan.  Review of Droperidol Management Update revealed a multidisciplinary meeting was held on October 14, 2025, with nursing, quality, and pharmacy leaders. Action items included medication dispensing, override list, formulary restrictions, provider communication, system alerts, and protocol and power plan updates. | A 286 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 340002 | A. BUILDING _____ <br> B. WING _____ | | C <br> 01/09/2026 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE <br> ASHEVILLE, NC  28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 18 <br><br> Droperidol was removed from the Pyxis and the override list, and Droperidol would be dispensed directly from the pharmacy. Droperidol was removed from agitation protocols with updated criteria from "electrocardiogram recommended" to "baseline electrocardiogram and continuous monitoring required." <br><br> An interview request on January 7, 2026, with Registered Nurse #11 who administered the Droperidol revealed the registered nurse's contract had ended and the registered nurse no longer worked at the facility. Interview requests on January 7, 2026, and January 8, 2026, with Registered Nurse #12, the staff who found Patient #16 unresponsive, were unsuccessful. <br><br> During a telephone interview on January 8, 2026, at 2:58 PM with Pharmacist #14 revealed this pharmacist worked in the emergency department. Pharmacist #14 revealed Droperidol had a safety risk of an abnormal cardiac rhythm and due to this, patients should receive a baseline electrocardiogram prior to Droperidol administration. Interview revealed there was a Food and Drug Administration black box warning for arrhythmia and the possibility of QT prolongation. Pharmacist #14 stated there could also be a potential safety risk for Droperidol with opiate or Fentanyl withdrawal. Interview revealed the pharmacists would also look for electrolyte imbalances and if the patient was on multiple antipsychotics as these could also be safety risks with Droperidol. Pharmacist #14 indicated a safety protocol was initiated a few months ago where Droperidol was removed from the Pyxis and would only be supplied directly from the pharmacy, though the pharmacist could not recall when this started. The pharmacists would reach | A 286 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE  509 BILTMORE AVE  ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 19  out directly to the provider if Droperidol was ordered, as well as ensuring an electrocardiogram was performed prior to the medication being supplied. The safety protocol would also ensure cardiac monitoring was in place for 2 to 3 hours post-administration. Pharmacist #14 revealed when a provider ordered Droperidol in the electronic medical record, the black box warning would pop up on their screen, and a quick reference regarding the QT prolongation was also available.  During an interview on January 8, 2026, at 3:20 PM with Medical Doctor #16 revealed the accessibility of Droperidol had changed, and it had been removed from the Pyxis and override list. Interview revealed it was also removed as a first line medication for agitation but could still be used for gastrointestinal order sets such as abdominal pain, nausea, and vomiting. The pharmacy had to validate any orders and would supply the medication directly. Medical Doctor #16 revealed due to Patient #16, a nurse huddle card was sent on October 10, 2025, to educate on how to safely use Droperidol and how to monitor post-administration. Emergency department providers were also educated via email on October 13, 2025, with the new protocol for Droperidol. Medical Doctor #16 revealed ultimately an order set would be used in the electronic medical record for Droperidol, but while they were waiting on the build, pharmacy would look for an electrocardiogram prior to sending the medication. Interview revealed from the nursing and provider side, an electrocardiogram had to be ordered first, and then the order for Droperidol, followed by cardiac monitoring.  Request on January 9, 2026, for monitoring or | A 286 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 20

audits of Droperidol related to their updated safety protocol from October 2025 to present revealed there were no monitoring or audits.

3. Closed medical record review revealed a 14-year-old, Patient #20, was admitted to the hospital's mental health facility on August 25, 2025, through August 29, 2025. Review of the orders for medications reflected that orders for Aripiprazole, also known as Abilify, a medication used to treat mental health conditions, 5 milligram tablet, Guanfacine 1 milligram, a medication used to treat attention-deficit hyperactivity disorder, and Trazodone 50 milligrams, used to treat depression, each by mouth every night at bedtime. Each medication order started on August 22, 2025, at 10:21 PM while the patient was in the emergency department awaiting admission to the mental health facility. Medication administration report review noted that on August 26, 2025, the patient did not receive her night shift medications scheduled to be given at bedtime. Review of the medication administration report revealed that on August 27, 2025, Patient #20 was administered Abilify on August 27, 2025, at 9:25 AM to cover for the missed dose. Nursing documentation for the dayshift indicated that this was a verbal order, but the order was not documented.

Patient event record medication error, event number 55016, was reviewed. The medication dose reported as being omitted was aripiprazole. The guanfacine and trazodone were not reported as missed on the event report yielding an inaccurate report. Documentation on August 27, 2025, at 10:48 AM by the nurse assigned during the shift noted all three medications and the notification of the provider and patient's father. | A 286 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **340002** | A. BUILDING _____ B. WING _____ | | C **01/09/2026** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE** | **509 BILTMORE AVE** **ASHEVILLE, NC  28801** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 21<br><br>Event investigation methods selected were "interviewed direct care provider or staff" and "reviewed medical record." The selections of "discussed with department director or manager" and "met with leaders to identify actions to implement to prevent recurrence" were not selected. Primary action to prevent recurrence was documented as coaching. The staffing of the unit and the clinical nurse coordinator review of the medication documentation were not addressed in the incident report.<br><br>During a phone interview with Registered Nurse #31, who was assigned to Patient #20 during the night shift of August 26, 2025, revealed that he had "tag-teamed" with the clinical nurse coordinator to complete medications that shift because he and the clinical nurse coordinator were the only nurse staff for the shift. Registered Nurse #31 stated on August 26, 2025, at 11:16 PM that "the patient took their medication without incident." He stated he documented medications given without incident because he thought the clinical nurse coordinator had administered the medications. Registered Nurse #31 was notified by the dayshift nurse that the doses had not been documented. He contacted the clinical nurse coordinator who thought he had administered the patient's medications. Registered Nurse #31 stated Patient #20 was the last one on his page and the medications were listed on another page that he did not scroll to. The medications may have been on the clinical nurse coordinator's page, so he did not realize that the medications were not given. He reported this was his fifth month as a new graduate nurse and this was a revamped process, and he did not know he needed to scroll to see additional information. Registered Nurse #31 reported he was educated | A 286 | | |

Case 1:25-cv-00455-MOC-WCM     Document 26-4     Filed 02/04/26     Page 23 of 48

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 22 | A 286 | | |

by his manager. He reported there are usually two nurses on B side, which is the patient location, and one on A side with a clinical nurse coordinator floating between the units. It was not known why staffing had been decreased.

In-person interview with Nurse Director #32 validated that there are typically two nurses on B side, one nurse on A side, and one float clinical nurse coordinator. She reported that if there were issues regarding staffing this could be escalated to the house supervisor, but she is not aware of any escalation. She reported that new graduates are not on orientation at the five-month mark, so Registered Nurse #31 was not on orientation. She reported that the incident report was entered by the next shift, and generally, if there are medication errors they will meet one-on-one with the nurse. They review the event report to see if it is process error versus human error and they speak to staff. She did not "broadcast" this to others as it was determined human error and the staff member had been re-educated regarding the process. Registered Nurse #31 validated that he had reviewed habits for medication administration with his manager.

During a phone interview with Doctor of Osteopathic Medicine #40 on January 9, 2026, at 10:40 AM revealed that he was notified of the medications that were missed during a team meeting on August 27, 2025, at 9:00 AM.

4. A security report was verbally requested from the facility on January 8, 2026, with Quality Manager #44 regarding Adverse Event #1, an August 27, 2025 event that resulted in a behavioral health patient who was able to break a glass window in the Blue Pod with facility

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>340002 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 23<br><br>equipment. The report was not provided on request. Review on January 9, 2026, of the facility memo dated January 9, 2026, at 11:25 AM by the Director of Facility Management #42 and Facility Quality Staff #43 regarding Adverse Event #1 revealed on August 27, 2025, the first window was broken at approximately 6:15 PM. This is the larger of the two windows reviewed in the Blue Pod in the emergency department. Staff was placed at the window to ensure patient safety while repairs were made. An adverse event report was requested on January 8, 2026, for Adverse Event #1 and was not available for review.<br><br>5. Review of the security report for Adverse Event #2, incident number 4511370 dated on September 28, 2025, by Security Officer #40 regarding Patient #7 revealed incident category as code manpower assistance, disturbance non-violent behavior, behavioral emergency response team, and assault without weapon against staff. Incident severity was level 3 medium. Narrative stated on September 28, 2025, approximately 7:34 PM to 8:13 PM, Security Officer #40 was responding to a code behavioral emergency response team call on Blue Pod room number 86. Upon arrival, the nurse advised the security officer that the patient had choked a staff member, Registered Nurse #49, in the bedroom after the staff member had advised him that he needed to get the patient's vitals to run some tests.<br><br>Supplemental report to incident on Blue Pod room 86 stated on September 28, 2025, at 7:34 PM, Sergeant Security Officer #41 along with other security officers responded to a behavioral emergency response team on Green Pod. While on that behavioral emergency response team, | A 286 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 24 | A 286 | | |

another behavioral emergency response team was called for the Blue Pod. The responding officer was Security Officer #40. The sergeant was advised by Security Officer #40 that once he arrived on scene, the registered nurse was lying on the ground in the hallway in Blue Pod. He advised the sergeant that he was told by medical staff that the patient in room 86 physically choked Registered Nurse #49 from the rear causing him to nearly pass out on the unit. Security Officer #40 advised the sergeant that the patient then became compliant and went to his assigned room with no other issues. The registered nurse went to the emergency room for his neck injury. Security Officer #40 was the only available officer that could respond to the behavioral emergency response team on Blue Pod due to several active behavioral emergency response teams going on at the same time. One behavioral emergency response team situation around the same time was on a named unit and the other active behavioral emergency response team was on Green Pod. The call was cleared around 8:13 PM.

During an interview on January 8, 2026, with Quality Manager #44 revealed there would not be an adverse event report for a patient to staff harm event because the patient wasn't harmed and referred to the security report as how the event would be documented. The interview revealed there was not an adverse event available for the patient to staff harm reviewed for Patient #7. An adverse event report was requested on January 8, 2026, and January 9, 2026, for Adverse Event #2 and was not available for review. On January 8, 2026, an attempt was made to interview emergency department Registered Nurse #49. The interview was unable to be conducted. On

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>340002 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>C<br>01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br>MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE<br>509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 25<br><br>January 8, 2026, an attempt to interview emergency department Family Nurse Practitioner #56, who attended the code behavioral emergency response team, was requested. The interview was unable to be conducted.<br><br>Interviews on January 8, 2026, at 3:15 PM with the Director of Security #45, Vice President of Emergency Department Services #46, and Associate Administrator of Hospital #47 revealed a discussion surrounding emergency department patient safety. Interview with the Director of Security #45 revealed the team had a call on September 28, 2025, with a patient in a room with an employee, and the patient had hands around the employee's neck. They had the employee checked in the emergency department. The interview revealed security reports were completed on all code behavioral emergency response team alerts called by the security officer responding to the call. The interview revealed Security Officer #45 would review security reports of discussed events and provide for survey review via the quality team.<br><br>Interview with the Vice President of Emergency Department Services #46 revealed the house supervisor and charge nurse respond to code behavioral emergency response team called, with providers and security attending with available staff. Regarding the August 27, 2025, Adverse Event #1, a patient was agitated after a phone call, ripped an intravenous pole off of a stretcher in the hallway in the emergency department Blue Pod, and broke through a window. The facility immediately removed all stretchers and secured the window. The window was repaired the same day. There was another event with a stretcher breaking a window on September 30, 2025. After | A 286 | | |

Case 1:25-cv-00455-MOC-WCM     Document 26-4     Filed 02/04/26     Page 27 of 48

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 26 | A 286 | | |

the second incident, all stretchers and available hallway spaces were removed from the Blue Pod. No other related events have occurred. The interview revealed the expectation for emergency department staff was for emergency department adverse events reports to be completed per facility policy.

The facility's quality assessment and performance improvement program failed to effectively identify, investigate, and prevent serious adverse events. In the case of Patient #19, an 88-year-old post-operative hip fracture who had nearly 13 hours of a critically low hemoglobin of 6.8 grams per deciliter without receiving a blood transfusion or appropriate monitoring. The patient's vital signs were ordered only once per shift rather than every 4 hours as appropriate for post-operative hip fracture patients. Despite the patient's death, the unit manager and director of nursing identified no patient care lapses, and the only corrective action documented was coaching with vital sign reminders to be added to huddles, which never occurred. The Assistant Chief Nursing Officer confirmed that no vital sign education occurred in huddles and that the appropriate post-operative hip fracture order set requiring vital signs every 4 hours for 48 hours was never implemented.

In the case of Patient #16, a 55-year-old patient in active Fentanyl withdrawal received Droperidol, a high-risk medication with a Food and Drug Administration black box warning for QT prolongation and life-threatening cardiac arrhythmias, without the required baseline electrocardiogram or cardiac monitoring. The patient suffered cardiac arrest 30 minutes after receiving the medication, sustained anoxic brain

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 27 | A 286 | | |
| | injury, and ultimately died. The incident report created seven days after the event had a completely blank investigator section with no investigation methods, actions, or analysis documented. Following this preventable death, the facility implemented corrective actions including removal of Droperidol from the Pyxis, pharmacy verification requirements, and staff education. However, when monitoring or audit data were requested on January 9, 2026, to verify compliance with the new safety protocol implemented in October 2025, no monitoring or audits existed. | | | |
| | In the case of Patient #20, a 14-year-old mental health patient, three bedtime medications were not administered on August 26, 2025, due to inadequate staffing with only two staff members, a new graduate nurse in his fifth month and a clinical nurse coordinator, responsible for the entire unit. The night shift nurse falsely documented that the patient took medications without incident when no medications were given. The incident report documented only one of the three omitted medications, did not investigate the root cause of inadequate staffing, and listed the only corrective action as coaching. The nurse director confirmed that typical staffing includes two nurses on B side, one nurse on A side, and one float clinical nurse coordinator, not the two-person staffing that occurred that night. The incident was dismissed as human error requiring only re-education, ignoring the systemic staffing failure that created an unsafe environment. | | | |
| | Regarding Adverse Event #1 on August 27, 2025, a behavioral health patient in the emergency department Blue Pod became agitated after a phone call, ripped an intravenous pole off a | | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 28<br><br>stretcher in the hallway, and broke through a glass window. A second similar incident occurred on September 30, 2025, when another patient broke a window with a stretcher. When a security report was requested on January 8, 2026, for Adverse Event #1, it was not provided. Despite requests on January 8 and 9, 2026, no formal adverse event report was available for review, despite the facility's policy requiring identification, notification, and management of serious safety events including thorough analysis and identification of contributing factors to prevent recurrence.<br><br>Regarding Adverse Event #2 on September 28, 2025, a patient in emergency department Blue Pod room 86 physically choked a staff member, Registered Nurse #49, from behind causing the nurse to nearly pass out. The registered nurse was found lying on the ground in the hallway and required emergency department evaluation and treatment for neck injury. The security report documented the incident as assault without weapon against staff with incident severity level 3 medium. The report also revealed that Security Officer #40 was the only available officer that could respond to the behavioral emergency response team on Blue Pod due to several active behavioral emergency response teams going on at the same time, indicating multiple simultaneous violent incidents with inadequate security coverage. During an interview on January 8, 2026, Quality Manager #44 stated there would not be an adverse event report for a patient to staff harm event because the patient wasn't harmed, referring only to the security report as documentation. Despite requests on January 8 and 9, 2026, no adverse event report was available for review. The facility's policy | A 286 | | |

Case 1:25-cv-00455-MOC-WCM     Document 26-4     Filed 02/04/26     Page 30 of 48

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  **MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE** | STREET ADDRESS, CITY, STATE, ZIP CODE  **509 BILTMORE AVE**  **ASHEVILLE, NC  28801** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 286 | Continued From page 29  defines serious safety events to include physical assault with severe harm of a staff member while on site at the organization or while providing care or supervision to patients, and defines severe harm as an event or condition that reaches the individual resulting in life-threatening bodily injury including pain that results in treatment to resolve the condition. Registered Nurse #49 was choked until nearly losing consciousness, was found lying on the ground in the hallway, and required emergency department evaluation and treatment for neck injury, meeting the facility's own definition of a serious safety event requiring formal adverse event reporting, investigation, and corrective action. The Vice President of Emergency Department Services confirmed the expectation for emergency department staff was for emergency department adverse events reports to be completed per facility policy. | A 286 | | |
| A 385 | NURSING SERVICES  CFR(s): 482.23  The hospital must have an organized nursing service that provides 24-hour nursing services. The nursing services must be furnished or supervised by a registered nurse.  This CONDITION is not met as evidenced by:  Based on policy review, medical record review, incident report review, staff interview and personnel file reviews, the facility failed to ensure nursing staff monitored and responded to critical laboratory values, and changes in patient condition, resulting in the death of one (1) of one (1) post-surgical orthopedic patients reviewed (Patient #19). Specifically, nursing staff did not notify the physician of a critically low hemoglobin level of 6.8 g/dL and declining oxygen saturation, | A 385 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>340002 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>C<br>01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE<br>509 BILTMORE AVE<br>ASHEVILLE, NC  28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 385 | Continued From page 30<br>did not perform appropriate time-interval reassessments following intravenous pain medication administration, and failed to monitor vital signs for over 12 hours in a post-surgical orthopedic patient who subsequently experienced a code blue event and expired<br><br>The findings include:<br><br>The nursing staff failed to maintain patient safety and did not  perform an appropriate time-interval reassessment for the effectiveness of an IV (intravenous) pain medication administration; and did not notify the physician of a decreased hemoglobin and oxygen saturation level changes for one (1) of  one (1) post-surgical orthopedic patient that experienced a code blue event who subsequently expired (Patient #19).<br><br>Cross Refer to §482.23(b)(3) Nursing Services Standard, Tag A0395. | A 385 | | |
| A 395 | RN SUPERVISION OF NURSING CARE<br>CFR(s): 482.23(b)(3)<br><br>A registered nurse must supervise and evaluate the nursing care for each patient.<br><br>This STANDARD  is not met as evidenced by:<br> Based on policy review, medical record review, incident report review, staff interview and personnel file reviews, the facility failed to ensure nursing staff  monitored and responded to critical laboratory values,and changes in patient condition, resulting in the death of one (1) of one (1) post-surgical orthopedic patients reviewed (Patient #19). Specifically, nursing staff did not notify the physician of a critically low hemoglobin level of 6.8 grams per deciliter (g/dL) and | A 395 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>340002 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>**MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**509 BILTMORE AVE**<br>**ASHEVILLE, NC  28801** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 395 | Continued From page 31 | A 395 | | |

declining oxygen saturation, did not perform appropriate time-interval reassessments following intravenous pain medication administration, and failed to monitor vital signs for over 12 hours in a post-surgical orthopedic patient who subsequently experienced a code blue event and expired.

The findings include:

Review of the facility's policy, "Assessment and Reassessment, 1PC.ADM.0013," last approved May 13, 2025, revealed:
"Purpose...Scope...Policy A...The assessment process is to determine the care, treatment, and services that will meet the patients' initial and continuing needs. Assessment Framework A...Standards of Care Guidelines - Nursing 1 Inpatient Scope of Assessment/Reassessment...Reassessment A. A RN/LPN delegate completes a reassessment every 12 hours minimum and as necessary based on patient condition. D. Interventions may warrant more frequent assessments and as necessary based on patient condition."

Closed medical record review revealed that Patient #19, an 88-year-old Spanish-speaking female, presented to the emergency department on September 25, 2025, at 1:23 AM via ambulance following a fall. Initial laboratory studies at 1:44 AM showed a hemoglobin level of 11.0 g/dL (low), which decreased to 10.8 g/dL (low) at 6:18 AM. The patient underwent orthopedic surgery for nail/screw implant of the left hip and was transferred to the J6 orthopedic unit at 6:29 PM, where vital signs were monitored from 8:18 PM through 11:51 PM (213 minutes).

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 395 | Continued From page 32

On September 26, 2025, at 7:57 AM, the day shift hospitalist progress note documented current interventions including transfusion of red blood cells if hemoglobin was less than 7 g/dL. At 12:12 PM, the hemoglobin level resulted as 7.4 g/dL. At 8:57 PM, the hemoglobin level resulted as 6.8 g/dL - a critical value indicating severe anemia. At 8:00 PM, the patient's oxygen saturation had declined to 91% on 3 liters nasal cannula, down from 95% at 11:18 AM. Nursing staff failed to notify the physician of either the critically low hemoglobin of 6.8 g/dL or the declining oxygen saturation.

On September 27, 2025, at 5:38 AM, Hydromorphone (opiate) 0.25 milligrams IV was administered for 10/10 pain. At 5:39 AM (1 minute later), the night shift orthopedic nurse reassessed the patient's pain, which remained 10/10, demonstrating inadequate time-interval reassessment for medication effectiveness. At 8:03 AM, the day shift hospitalist entered an order to transfuse 1 unit of red blood cells for hemoglobin less than 7 g/dL-anemia. The electronic medical record revealed that the blood transfusion order was not reviewed by a nurse.

At 8:59 AM, a code blue was initiated. The patient was found unconscious, not breathing, with no pulse and no witnessed arrest. Five rounds of advanced cardiovascular life support were provided. The patient remained asystole throughout the code blue event. At 9:13 AM, the daughter, who was present at the bedside, decided to end the code.

Nursing staff failed to reassess vital signs and oxygen saturation from 8:57 PM on September 26, 2025, until the code blue at 8:59 AM on | A 395 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>340002 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>C<br>01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE<br>509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 395 | Continued From page 33<br>September 27, 2025 -a period of over 12 hours. This failure to monitor occurred despite the patient having a critically low hemoglobin of 6.8 g/dL and declining oxygen saturation, both of which required immediate physician notification and intervention. The patient's condition deteriorated without nursing surveillance, resulting in death.<br><br>Review on January 7, 2026, of the incident report involving Patient #19 revealed the incident was reported on September 27, 2025, at 4:31 PM. An unnamed nursing assistant was documented as having found the patient unresponsive in room J628. The day shift hospitalist was notified at 9:00 AM, administrators on-call were notified at 10:15 AM, and the house supervisor was notified at 9:28 AM. The description of harm was documented as death. The primary action to prevent recurrence was documented as coaching, with vital sign standards reminder added to huddles.<br><br>Interview on January 7, 2026, at 10:53 AM with the Unit Manager and Director of Nursing for J6, the orthopedic unit, revealed both were aware of the incident as the Unit Manager conducted the investigation for the electronic reporting system. The manager stated that laboratory staff would call the unit when the hemoglobin level was about 6.5 g/dL and that bedside shift report with patient engagement occurred at 7:00 AM and 7:00 PM. Neither the manager nor the director identified any "glaring alarms" or "patient care lapses," despite the failure to respond to critical laboratory values and the 12-hour gap in vital sign monitoring that preceded the patient's death.<br><br>Interview on January 8, 2026, at 10:45 AM with | A 395 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE  509 BILTMORE AVE  ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 395 | Continued From page 34

the Assistant Chief Nursing Officer (ACNO) for critical care/orthopedics/trauma services lines revealed there was no information related to vital sign education that occurred in huddles on J6, the orthopedic unit. Record review revealed the orthopedic orders for hip fractures were never ordered for every 4 hours for 48 hours as should have been ordered. Instead, on September 25, 2025, at 8:03 AM, vital signs for the patient were ordered as level of care standards, which meant once per shift. The interview revealed that the culture at the facility was to administer medication when clustering care activities to prevent going in and out of the patient's room. The interview also revealed that on September 26, 2025, night shift nurses were on vacation and not responding to calls, and the September 27, 2025, day shift nurse was still under contract for J6-orthopedic and the interview was pending.

During an interview on January 9, 2026, at 10:35 AM, the ACNO for the critical care/orthopedics/trauma services lines revealed the order set for orthopedic hip fracture was never ordered for Patient #19. The vital signs order should have been ordered for every 4 hours for 48 hours, then once a shift as standard level of care. The vital signs were ordered as standard level of care with Circulation, Motor, Sensory (CMS) checks only. As a result, a corrective action was developed with consultation from the orthopedic service line, and a huddle card was created on January 8, 2026, with the plan to audit for 3 months for a compliance rate of 100%, followed by quarterly audits for 3 months. For any "fallouts" (noncompliance), a "Record of Conversation" (ROC) would be documented.

During an interview on January 9, 2026, at about | A 395 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 395 | Continued From page 35 | A 395 | | |
| | 11:00 AM, the National Group Leader revealed the September 26, 2025, night shift nurse and the September 27, 2025, day shift nurse who had the patient in their care assignment were not available for interviews. | | | |
| | Personnel file review on January 9, 2026, for the September 26, 2025, night shift nurse who worked on J6, the orthopedic nursing unit, revealed the nurse was under contract with a contract start date of February 4, 2025, and end date of March 7, 2026. Review revealed no documentation regarding coaching for vital signs. | | | |
| | Personnel file review on January 9, 2026, for the September 27, 2025, day shift nurse who worked on J6, the orthopedic nursing unit, revealed the nurse was under contract with a contract start date of August 20, 2025, and end date of November 22, 2025. Review revealed no documentation regarding coaching for vital signs. | | | |
| A 576 | LABORATORY SERVICES CFR(s): 482.27 | A 576 | | |
| | The hospital must maintain, or have available, adequate laboratory services to meet the needs of its patients. The hospital must ensure that all laboratory services provided to its patients are performed in a facility certified in accordance with Part 493 of this chapter. | | | |
| | This CONDITION is not met as evidenced by: Based on review of an abstract article from the Journal of the American Medical Association, Critical Tests and Critical Value Reporting policy review, medical record review, and staff interviews, the facility staff failed to maintain the well-being of a patient by not having a policy that | | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED  C  01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  **MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE** | STREET ADDRESS, CITY, STATE, ZIP CODE  509 BILTMORE AVE  ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 576 | Continued From page 36  monitored and reported critical hemoglobin levels according to national standards, which resulted in the death of one (1) of one (1) post-surgical orthopedic patients reviewed (Patient #19).  The findings include:  The laboratory director failed to provide overall direction and management for the laboratory by not having systems in place for review of critical low hemoglobin levels according to national guideline standards for one (1) of one (1) post-surgical orthopedic patient (Patient #19). Patient #19 subsequently expired.  Cross Refer to §482.27(a)(4) Laboratory Services Standard, Tag A0584. | A 576 | | |
| A 584 | WRITTEN DESCRIPTION OF SERVICES CFR(s): 482.27(a)(2)  A written description of services provided must be available to the medical staff.  This STANDARD is not met as evidenced by:  Based on review of an abstract article from the Journal of the American Medical Association, Critical Tests and Critical Value Reporting policy review, medical record review, and staff interviews, the facility staff failed to maintain the well-being of a patient by not having a policy that monitored and reported critical hemoglobin levels according to national standards, which resulted in the death of one (1) of one (1) post-surgical orthopedic patients reviewed (Patient #19).  The findings include:  Review on January 9, 2026, of the Journal of the | A 584 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 584 | Continued From page 37<br><br>American Medical Association abstract published online October 12, 2023, Volume 330, Number 19, per the 2023 Association for the Advancement of Blood and Biotherapies (AABB) International Guidelines revealed the importance of red blood cell transfusion as a common medical intervention with benefits and harms. The findings for adults from 45 randomized controlled trials with 20,599 participants compared hemoglobin-based transfusion thresholds, typically 7 to 8 g/dL (grams/deciliter). Recommendation 1 indicated that for hospitalized adult patients who are hemodynamically stable, the international panel recommends a restrictive transfusion strategy considering transfusion when the hemoglobin concentration is less than 7 g/dL (strong recommendation, moderate certainty evidence). In accordance with the restrictive strategy threshold used in most trials, clinicians may choose a threshold of 7.5 g/dL for patients undergoing cardiac surgery and 8 g/dL for those undergoing orthopedic surgery or those with preexisting cardiovascular disease.<br><br>Review of the facility's policy, "Critical Tests & Critical Value Reporting, 1LAB.AD.0511.00" last approved May 27, 2025, revealed that all critical laboratory tests and critical laboratory test results require prompt notification to care providers. The Critical Value List indicated that for hemoglobin, the critical value low was less than or equal to 6.0 g/dL. This review revealed the policy was not following national guidelines for low hemoglobin levels, particularly for orthopedic surgery patients where the recommended threshold is 8 g/dL.<br><br>Closed medical record review on January 6, 2025, revealed that on September 25, 2025, Patient #19, an 88-year-old Spanish-speaking | A 584 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 584 | Continued From page 38<br><br>female, presented to the emergency department at 1:23 AM via ambulance due to a fall secondary to missing the last 2 steps of the staircase. Laboratory studies were ordered and at 1:44 AM, the hemoglobin level resulted as 11.0 g/dL (low). At 5:03 AM, an orthopedic consultation was ordered and completed at 5:06 AM. The risks and benefits of surgery were provided to the patient and daughter, with the daughter serving as the surrogate decision-maker who consented to surgery/anesthesia for nail/screw implant of the left hip, and the operative site was marked. A second hemoglobin laboratory specimen was collected and at 6:18 AM resulted as 10.8 g/dL (low). On September 26, 2025, at 7:57 AM, the dayshift hospitalist progress note revealed current interventions included to transfuse red blood cells if hemoglobin was less than 7 g/dL. At 12:12 PM, the hemoglobin resulted as 7.4 g/dL, which was below the national guideline threshold of 8 g/dL for orthopedic surgery patients, and no transfusion was ordered. At 8:57 PM, the hemoglobin level resulted as 6.8 g/dL, falling below the facility's critical value threshold of 6.0 g/dL. On September 27, 2025, at 8:03 AM, the dayshift hospitalist ordered to transfuse 1 unit of red blood cells for a hemoglobin less than 7 g/dL for anemia. The glasses emoji icon in the electronic medical record revealed the blood transfusion order was not reviewed by a nurse. At 8:59 AM, a code blue was initiated with the patient's initial condition being unconscious, not breathing, no pulse, and no witnessed arrest. Five rounds of advanced cardiovascular life support were provided to the patient, who remained asystole throughout the code blue event. The daughter was present at the bedside and at 9:13 AM and decided to stop resuscitative measures. Review revealed the patient had a low | A 584 | | |

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 584 | Continued From page 39

hemoglobin level of 6.8 g/dL that resulted 774 minutes before the dayshift hospitalist entered an order to transfuse red blood cells and 718 minutes before a code blue was called for the patient.

Telephone interview on January 8, 2026, with the dayshift Hospitalist revealed the doctor's shift ended one hour prior to the last lab result of hemoglobin 6.8 g/dL. On September 27, 2025, the dayshift hospitalist rounded and interacted with the patient, who was not actively bleeding but was on Heparin (to prevent blood clotting) and had a history of chronic kidney disease.

During an interview on January 8, 2026, at 5:05 PM with the Medical Director of Internal Medicine/Hospitalist service line with a scribe present, it was revealed that the night shift Hospitalist was on-call the night of September 26, 2025, and that the hospitalist was unavailable for interview because he probably would not remember the low hemoglobin incident involving Patient #19 since it had been a couple of months.

Interview on January 9, 2026, at 10:25 AM with the Associate Chief Medical Officer for the hospital and the Chief Medical Officer for the Division revealed that the Medical Executive Committee met on the morning prior to this interview and a lot of discussion occurred surrounding the critical lab policy, as the policy was up for review this month and had been in place for a substantial period of time. Additionally, a subgroup committee with a multidisciplinary approach would be established and review the policy starting next month (February 2026). The facility's failure to have a policy aligned with national standards for critical hemoglobin | A 584 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 340002 | A. BUILDING _____ B. WING _____ | | C 01/09/2026 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 584 | Continued From page 40 monitoring in orthopedic surgery patients, specifically the 8 g/dL threshold, directly contributed to the delayed recognition and treatment of Patient #19's critically low hemoglobin levels, ultimately resulting in the patient's death. | A 584 | | |
| A 747 | INFECTION PREVENTION CONTROL ABX STEWARDSHIP CFR(s): 482.42 The hospital must have active hospital-wide programs for the surveillance, prevention, and control of HAIs and other infectious diseases, and for the optimization of antibiotic use through stewardship. The programs must demonstrate adherence to nationally recognized infection prevention and control guidelines, as well as to best practices for improving antibiotic use where applicable, and for reducing the development and transmission of HAIs and antibiotic resistant organisms. Infection prevention and control problems and antibiotic use issues identified in the programs must be addressed in collaboration with the hospital-wide quality assessment and performance improvement (QAPI) program. This CONDITION is not met as evidenced by: Based on policy review, medical record review, and staff and provider interviews, the hospital failed to provide an effective infection prevention and control program for oversight of infection prevention and control processes, which resulted in immediate jeopardy to patient health and safety. The hospital's systemic failure to implement and maintain adequate infection control measures placed patients at serious risk of harm, injury, or death from healthcare-associated infections. | A 747 | | |

Case 1:25-cv-00455-MOC-WCM     Document 26-4     Filed 02/04/26     Page 42 of 48

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 747 | Continued From page 41 | A 747 | | |
| | The findings include: | | | |
| | The hospital's Emergency Department (ED) staff failed to implement timely isolation precautions for three of 18 ED patients reviewed (Patients #17, #40, and #41), placing every individual in the hospital at risk for disease exposure and development. This failure to follow infection control procedures resulted in immediate jeopardy for the safety of all patients, staff, and visitors. | | | |
| | Cross Refer to 482.42(a)(2) Infection Control Program, Tag A0749. | | | |
| A 749 | INFECTION CONTROL PROGRAM CFR(s): 482.42(a)(2) | A 749 | | |
| | The hospital infection prevention and control program, as documented in its policies and procedures, employs methods for preventing and controlling the transmission of infections within the hospital and between the hospital and other institutions and settings; This STANDARD  is not met as evidenced by:  Based on policy review, medical record review, and staff and provider interviews, the hospital's Emergency Department (ED) staff failed to implement timely isolation precautions for three of 18 ED patients reviewed (Patients #17, #40, and #41), placing every individual in the hospital at risk for disease exposure and development. | | | |
| | The findings include: | | | |
| | The facility's policy "Isolation: Transmission-Based Precautions, 1IC.IP.0011," approved February 8, 2024, requires Standard Precautions for all patients and mandates the use | | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>340002 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br>MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE<br>509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 749 | Continued From page 42<br><br>of appropriate personal protective equipment based on the disease or condition. The policy specifically addresses Droplet Precautions requiring medical grade masks for influenza and Airborne Precautions requiring N95 respirators or PAPRs for measles. The policy further requires the Emergency Department to isolate patients according to Clinical Syndromes Requiring Empiric Isolation Precautions, which includes immediate airborne precautions for patients presenting with maculopapular rash accompanied by cough, coryza, and fever due to potential measles.<br><br>Patient #17, a 55-year-old with a known positive influenza A diagnosis, arrived at the ED on September 20, 2025, at 1409 hours. The pre-arrival EMS run sheet documented the patient tested positive for Flu A and wore a mask during transport. The triage nurse noted the positive flu status at 1414, and the ED provider documented the flu diagnosis at 1429. Despite documentation of influenza requiring droplet precautions, no isolation order was placed while the patient remained in the ED. The patient was transported to unit E5 at approximately 1820 without isolation precautions, then transferred to unit K7 at 1902. Droplet isolation precautions were not ordered until 1851 by the hospitalist, four hours and 42 minutes after the patient's arrival. An interview request on January 8, 2026, with Nurse Practitioner #9, who was the ED provider for Patient #17 on September 20, 2025, was not provided by the end of the survey. During an interview on January 8, 2026, at 1325, Physician's Assistant (PA) #8, the hospitalist PA, stated they could not recall if Patient #17 wore a mask or already had precautions in place when they saw the patient in the ED. PA #8 wore a | A 749 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 749 | Continued From page 43 mask for their interactions but could not specifically recall any signage, PPE, or precautions the patient had. During an interview on January 8, 2026, at 1341, Registered Nurse #13, the primary nurse for Patient #17 in the ED on September 20, 2025, stated they could not recall any isolation precautions or PPE that Patient #17 had while in the ED. RN #13 stated that nurses should communicate with providers regarding precautions, and the provider should place the order for droplet isolation precautions if a patient presented with the flu. This delay exposed ED staff, transport staff, and patients on unit E5 to influenza. Patients #40 and #41, seven-year-old twin brothers, arrived at the ED on January 4, 2026, at 0202 and 0205 respectively, presenting with fever, cough, rash, conjunctivitis, and coryza. Both children remained in the open waiting room for approximately 30 minutes, then were moved to the Immediate Patient Area, a 12-patient care area separated only by plastic partitions with an open front, where they remained without isolation precautions. The triage note for Patient #40 documented fever, rash that appeared two days prior, weakness, cough, and shortness of breath. The ED provider's assessment at 0600 documented the classic presentation of measles: ill-appearing child with conjunctivitis, coryza, and diffuse maculopapular rash progressing from head to neck, torso, and extremities, along with uncertain vaccination status as the children had migrated from another country. Staff had been educated on June 26, 2025, regarding measles recognition, specifically the "three C's: cough, coryza, and conjunctivitis," all of which were present upon the patients' arrival. Despite this education and the clinical presentation matching | A 749 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>340002 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>C<br>01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | STREET ADDRESS, CITY, STATE, ZIP CODE<br><br>509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 749 | Continued From page 44<br><br>the facility's policy criteria for immediate airborne isolation, Patient #40 was not placed on isolation until 0421, two hours and 19 minutes after arrival, and Patient #41 was not isolated until 0422, two hours and 23 minutes after arrival. The ED provider consulted with the North Carolina State Epidemiologist at 0614, who recommended the patients remain in the emergency department and quarantine. The patients were diagnosed with measles and discharged at 0720 and 0722 with quarantine instructions. During an interview on January 9, 2026, at 1800, Medical Doctor #16 stated that the twins presented on January 4, 2026, at 0202 to the ED with fever, rash, cough, conjunctivitis, coryza, and respiratory problems. MD #16 confirmed the patients were diagnosed with measles and stated that instructions were provided to the father for quarantine at home. During an interview on January 9, 2026, at 1815, Infection Preventionist #17 confirmed that 26 patients were notified of exposure during the timeframe of 0203 through 0630 on January 4, 2026. IP #17 stated that two extra hours were added to the exposure time due to the length of time the virus remains in the air and confirmed the measles were contagious. IP #17 provided no further information on the reason Patient #40 was not placed on isolation immediately and was allowed to wait in the waiting room. An observation on January 6, 2026, at 1115 revealed no evidence of a designated area for patients with respiratory symptoms.<br><br>These failures to implement immediate isolation precautions for patients with known or suspected highly contagious diseases violated the facility's infection control policy and exposed dozens of patients, staff, and visitors to influenza and measles. The lack of timely recognition and | A 749 | | |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 01/23/2026
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 340002 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>C<br>01/09/2026 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| MEMORIAL MISSION HOSPITAL AND ASHEVILLE SURGERY CE | 509 BILTMORE AVE<br>ASHEVILLE, NC 28801 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| A 749 | Continued From page 45<br><br>isolation despite documented diagnoses, clinical presentations, and staff education demonstrated a breakdown in infection control practices that placed everyone in the hospital at immediate risk for serious infectious disease exposure and development. | A 749 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: 6A8411          Facility ID: 943349          If continuation sheet Page 46 of 46

# CMS Explanation of Immediate Jeopardy

Excerpted from State Operations Manual Appendix Q – Core Guidelines for Determining Immediate Jeopardy

---

**I - INTRODUCTION**
*(Rev. 228; Issued: 12-13-24; Effective: 12-13-24; Implementation:12-13-24)*

Immediate Jeopardy (IJ) represents a situation in which noncompliance *by providers, suppliers, or laboratories (hereinafter referred to as "entities")* has placed the health and safety of recipients in its care at risk for serious injury, serious harm, serious impairment, or death. These situations must be accurately identified by surveyors, thoroughly investigated, and resolved by the entity as quickly as possible. In addition, noncompliance cited at IJ is the most serious deficiency type and carries the most serious sanctions for entities. An *IJ* situation is one that is clearly identifiable due to the severity of its harm or likelihood for serious harm and the immediate need for it to be corrected to avoid further or future serious harm.

The intent of this guidance is to standardize the key components of IJ into a "Core" document that can be applied to all certified Medicare/Medicaid entities *and Clinical Laboratory Improvement Act of 1988 (CLIA) certified entities*. Additional entity-specific guidance based on specific regulatory requirements is available to supplement this Core Appendix Q as necessary. Please see the CLIA-specific subpart *XI* for guidance on *documenting IJ and* removing IJ on the Form CMS- 2567.

---