# Exhibit D - Greg Lowe Fourth Immediate Jeopardy Letter to Employees





Mission Health colleagues,

Tonight we submitted to CMS updates to our more extensive and comprehensive plan of correction, about which I emailed you on January 15. The plan focuses on our programs to improve care and safety for our patients. As you know, we have been working closely with CMS and are already implementing aspects of our plan. We have the resources and support from our organization to make the improvements identified.

Further, CMS notified us that, as part of their follow-up to the resurvey, they are placing us under Immediate Jeopardy status. As of this evening, we also submitted a plan to address the areas of non-compliance in the Immediate Jeopardy, and we will be resurveyed to this plan prior to February 18.

As part of the enhanced plan of correction, we are committed to resetting and strengthening our direct relationship with CMS, and we will be bringing in an independent consultant, who is an expert in hospital quality, to provide guidance and oversight to our hospital leadership teams. We will work closely with the independent consultant to improve processes and systems necessary to ensure CMS compliance and quality care for our patients.

Another important area of focus will be evaluating our grievance process. Although we currently have a comprehensive process, Mission Hospital and CMS agree that it could be improved. In many cases, patients and staff are taking their concerns directly to CMS and bypassing the hospital. We are committed to working with CMS to help ensure grievances are routed to Mission Hospital so we can work directly with our patients and colleagues to resolve any concerns.

Going forward, I am confident our continued collaboration with CMS will provide an opportunity to strengthen our processes and further enhance patient care.

Thank you again for your patience, efforts and partnership throughout this process. I hope you will join us in reaffirming our commitment to providing exceptional care for our patients every day.

Greg Lowe
President
Mission Health