# Exhibit I – Social Media Presence for Lowe and Arrowood

**Mission Executives present themselves as HCA executives**



> There is so much good to do in the world and so many different ways to do it.

**Melina Arrowood**
34 friends
◊ Asheville, North Carolina · HCA Healthcare · American Nurses Credentialing Center

[Add friend] [Message]

---

LinkedIn · Melina Arrowood
1.6K+ followers

**Melina Arrowood - HCA Healthcare**
United States · HCA Healthcare
Experienced Executive Leader with a demonstrated history of working in the hospital &... · Experience: HCA Healthcare · Education: Western Governors ...

