# Exhibit K – Plaintiff's Application for Medical Records and Billing

Mailing Address: PO Box 290789; Nashville, TN 37229-0789 • Phone: 844-481-0278; Fax: 844-481-0298

### Section A: This section must be completed for all Authorizations

| | |
|---|---|
| **Patient Name:** ▓▓▓▓▓ | **Recipient's Name:** ▓▓▓▓▓ |
| **Patient's Phone:** ▓▓▓▓▓ | **Recipient Address:** ▓▓▓▓▓ |
| **Date of Birth:** 02/12/2011 | **City:** Asheville  **State:** NC  **Zip:** 28803 |
| **Last 4 digit SSN (optional)** | **Recipient's Phone:**  **Recipient's Fax Number:** *(FAX only to Physician Office / Medical facility)* |
| | **Email (for releases to email):** ▓▓▓▓▓ |
| **Request Dates of Service:** 07/05/2025 - 01/05/2026 | **Purpose of disclosure:** ☐ At the request of the individual, or ☑ Other 3rd party recipient (please specify purpose): |
| **Facility Name(s) and Addresses:** Mission Hospital | reviewing medical files |

**Request Delivery (If left blank, a paper copy will be provided):** ☐ Paper Copy ☑ Electronic Media, if available ☐ Encrypted Email ☑ Unencrypted Email. There is some level of risk that a third party could see your information without your consent when receiving unencrypted electronic media or email. We are not responsible for unauthorized access to the PHI contained in this format or any risks (e.g., virus) potentially introduced to your computer/device when receiving PHI in electronic format or email. **Note:** In the event the facility is unable to accommodate an electronic delivery as requested, an alternative delivery method will be provided (e.g., paper copy).

This authorization will expire after 180 days or on the following (please choose only one):
**Expiration Date:** 07/04/2026   **Expiration Event:**

Is this request for psychotherapy notes? ☐ No, then you may check as many items below as you need.
☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.

### Description of information to be used or disclosed

☐ **All Pertinent Records** includes those listed below

| | | Other Records: |
|---|---|---|
| ☑ Consultation | ☑ Medication List | ☐ Discharge Instructions |
| ☑ Discharge Summary | ☐ Operative Report | ☐ Labor and Delivery Record |
| ☑ ER Report | ☐ Pathology Report | ☐ Specialty Test / Therapy |
| ☐ EKG Report | ☑ Problem List | ☑ Physician Orders |
| ☑ History and Physical | ☐ Radiology Report | ☑ Progress Notes |
| ☐ Clinical / Laboratory Report | | ☑ Other: Abstract Summary, Admission Sheet, Itemized Billing Statements, Nurse Notes, Therapy Notes, I would like all of this information. |

**For USCDI Release Requests:** to include all elements as defined in the United States Core Data for Interoperability. Requires Direct Address or National Provider Identifier:

All types of information found in the records selected above will be provided (if applicable), including information that may be viewed as sensitive, such as alcohol, drug abuse, genetic information, psychiatric, HIV testing, HIV results or AIDS information. Specify any information you want to exclude:

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the recipient is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it.
6. I get a copy of this form after I sign it.

### Section B: Is the request of PHI for the purpose of marketing and/or does it involve the sale of PHI? ☐ Yes ☐ No

If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C.
Will the Provider receive financial remuneration in exchange for using or disclosing this information?
  If yes, describe:
May the recipient of the PHI further exchange the information for financial remuneration?   ☐ Yes   ☐ No

### Section C: Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Patient's Representative: *[signature]* | **Date:** 01/05/2026 |
|---|---|
| Print Name of Patient's Representative: ▓▓▓▓▓ | **Relationship to Patient:** Parent |

**ID verified by:** _____ (Initials)

AUTHORIZATION FOR RELEASE OF PHI
(PROTECTED HEALTH INFORMATION)



Patient Label

# Bill Madson

| | |
|---|---|
| **From:** | HCA Healthcare <hello@swellbox.com> |
| **Sent:** | Tuesday, January 6, 2026 5:02 PM |
| **To:** | bill@cliftontrust.com |
| **Subject:** | Your request to HCA Healthcare (Mission Hospital) has been submitted. |
| **Attachments:** | 20260106_Madson, Fiona_2KKWAZX3.pdf |



Hi Madson,

Attached is a copy of your record request. If you did not submit this request, please notify Mission Hospital at (844) 481-0278 immediately and destroy this message.

## What happens now?

1. Expect to receive records by the delivery method you selected at the destination you specified.
2. We will follow up if we have any questions or further needs.
3. We will make every attempt to fulfill your request by the deadline if you provided one.

If you have any questions or concerns, call us at (844) 481-0278.

You are receiving this email because you used Request Wizard to electronically request records.
The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify us at (844) 481-0278 immediately and destroy this message. Please do not reply to this email, this address is not monitored.

Powered by datavant

Secured by Paubox - HITRUST certified